**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JEFFREY BRAGG,

        Plaintiff.

v.                                              Case No: 11-10579

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**ORDER FOR RESPONSE**

Pending before the court is resolution of Plaintiff's and Defendant's Motions for Summary Judgment, and a Report and Recommendation filed by the assigned Magistrate Judge on January 24, 2012 (Dkt. #13).

The Report recommends that Plaintiff's motion be denied and Defendant's motion be granted, and Plaintiff timely filed an Objection to the Report, on February 1, 2012 (Dkt. #14).  Plaintiff points to two matters of contention.  Because Defendant has not responded to the Objection, the court does not know whether Defendant adheres to its earlier position or now agrees with Plaintiff's position.  Accordingly,

IT IS ORDERED that Defendant file a response to Plaintiff's Objections not later than **March 12, 2012**, clearly stating whether Defendant agrees or disagrees, and an analysis of the basis for any disagreement.

                                                          S/Robert H. Cleland
                                                          ROBERT H. CLELAND
                                                          UNITED STATES DISTRICT JUDGE

Dated:  February 28, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2012, by electronic and/or ordinary mail.

        S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522